HAL D. CUNNINGHAM (CA Bar No. 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com

*Attorneys for Plaintiff and the Putative Class*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MAY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., ALPHABET, INC., and DOES 1 Through 10, Inclusive,<br><br>Defendants. | No. 5:24-cv-1314<br><br>**PLAINTIFF'S RULE 7.1(a)(2) DISCLOSURE STATEMENT** |

This Disclosure Statement is filed on behalf of Plaintiff Judy May ("Plaintiff") in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement and must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiff hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that Plaintiff:

1. Plaintiff Judy May is an Indiana citizen, residing in Brownsville, Indiana. Brownsville, Indiana, is located in Union County.

Dated: March 5, 2024

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Hal D. Cunningham*
Hal D. Cunningham (CA Bar No. 243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo*
Amanda M. Rolon*
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| 2  | Nyran Rose Rasche* |
|    | Nickolas J. Hagman* |
| 3  | 150 S. Wacker, Suite 3000 |
|    | Chicago, IL 60606 |
| 4  | Telephone: 312-782-4880 |
|    | Facsimile:  318-782-4485 |
| 5  | nrasche@caffertyclobes.com |
|    | nhagman@caffertyclobes.com |

**KIRBY MCINERNEY LLP**
Anthony F. Fata*
Sarah E. Flohr*
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: 312-767-5180
Facsimile: 312-767-5181
afata@kmllp.com
sflohr@kmllp.com

**KIRBY MCINERNEY LLP**
Marko Radisavljevic
1420 Kettner Boulevard
San Diego, CA 92101
Telephone: 858-834-2044
Facsimile: 858-255-7772
mradisavljevic@kmllp.com

***Attorneys for Plaintiff and the Putative Class***

*\*Pro hac vice forthcoming*