Joshua H. Lerner (Bar No. 220755)
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Ste. 3500
San Francisco, CA 94111
(628) 253-1000 (phone)
(628) 235-1001 (fax)

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUDY MAY, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., ALPHABET INC., and DOES 1 Through 10, Inclusive,<br><br>Defendants. | Case No. 5:24-cv-01314-BLF<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15**[1]<br><br>Judge: Hon. Beth Freeman |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Alphabet Inc., Google LLC, Google Payment Corp., and Google Arizona LLC (collectively, "Defendants") disclose the following:

---

[1] By filing this Statement, Defendants do not waive any defenses that may be available to them, including without limitation any defenses relating to service, process, and jurisdiction.

1

1. Alphabet Inc. has no parent corporation. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.
2. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.
3. Google Payment Corp. is a subsidiary of Google LLC.
4. Google Arizona LLC is a subsidiary of Google LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, aside from the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. XXVI Holdings Inc., holding company of Google LLC.

DATED: April 3, 2024

/s/ Joshua H. Lerner
Joshua H. Lerner (Bar No. 220755)
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Ste. 3500
San Francisco, CA 94111
(628) 253-1000 (phone)
(628) 235-1001 (fax)

*Attorney for Defendants*

2

Case No. 5:24-cv-01314-BLF
DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15