# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUDY MAY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., ALPHABET INC., and DOES 1 Through 10, Inclusive,<br><br>Defendant. | Case No. 24-cv-01314-BLF<br><br>**ORDER STRIKING PLAINTIFF'S UNOPPOSED TO MOTION FOR FAILURE TO COMPLY WITH STANDING ORDERS**<br><br>[Re: ECF No. 42] |

On June 21, 2024, Plaintiff filed an Unopposed Motion to Appoint Counsel Notice of Motion and Motion to Appoint Interim Class Counsel. ECF No. 42. Plaintiff's motion exceeds the allowed page limits under the Court's standing orders. *See* Standing Order re Civil Cases § IV.A. The motion is hereby STRICKEN. Plaintiff SHALL refile a compliant document no later than **July 8, 2024**.

**IT IS SO ORDERED.**

Dated: June 25, 2024

_____
BETH LABSON FREEMAN
United States District Judge