1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6   JUDY MAY,                          Case No.  5:24-cv-01314-BLF   (KAW)

7                Plaintiff,            **SETTLEMENT CONFERENCE MEET
                                        AND CONFER ORDER**
8        v.
                                       Re: Dkt. No. 74
9   GOOGLE LLC, et al.,

10               Defendants.

11

12        A settlement conference is set for February 26, 2025.  In addition to the requirements set

13   forth in the undersigned's Settlement Conference Standing Order (available at:

14   https://www.cand.uscourts.gov/kaw), the parties are ordered to meet and confer and email the

15   Court at kawsettlement@cand.uscourts.gov by January 27, 2025, 30 days prior to the settlement

16   conference, to either confirm that they are prepared to engage in a productive settlement

17   conference on the date scheduled or inform the Court that they require a continuance.

18        If a continuance is necessary, the parties shall indicate how much additional time they need

19   and provide multiple dates[1] that work for all parties, including those individuals whose attendance

20   is required by ¶ 4 of the Settlement Conference Standing Order.  To avoid inadvertently proposing

21   dates for which Judge Westmore is unavailable, the parties are directed review her scheduling

22   notes, which contains her notice of unavailability (available at:

23   https://www.cand.uscourts.gov/kaw).

24        Settlement conferences are often booked months in advance, and the undersigned

25   understands that cases do not always proceed at the speed anticipated at the time of scheduling.  If

26   a case is not prepared to go forward as scheduled, providing advance notice increases the

27

28   _____
     [1] Judge Westmore generally conducts settlement conferences on Wednesdays and Fridays.

United States District Court
Northern District of California

likelihood that a continuance can be accommodated, and enables the Court to make the scheduled date available to another matter.  The Court appreciates the parties' commitment to preserving its limited judicial resources.

IT IS SO ORDERED.

Dated: September 13, 2024

KANDIS A. WESTMORE
United States Magistrate Judge