**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUDY MAY,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-01314-BLF<br><br>**ORDER RE DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S JULY 17, 2024, ORDER ON GOOGLE'S MOTION TO STAY DISCOVERY**<br><br>[Re: ECF 83] |

Pursuant to Local Rule 7-9, Plaintiff is not required to respond to Defendants' request for leave to file for reconsideration. ECF 83. In the event the Court determines that reconsideration meets the requirements of Local Rule 7-9, the Court will ask Plaintiff to respond.

The January 2, 2025, hearing date set for the motion for leave to file for reconsideration is VACATED.

**IT IS SO ORDERED.**

Dated: October 28, 2024

_____
BETH LABSON FREEMAN
United States District Judge