United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUDY MAY,

               Plaintiff,

     v.

GOOGLE LLC, et al.,

               Defendants.

Case No. 24-cv-01314-BLF

**ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION
OF THE COURT'S JULY 17, 2024,
ORDER ON GOOGLE'S MOTION TO
STAY DISCOVERY AND DIRECTING
PLAINTIFF TO FILE A RESPONSE**

[Re: ECF 83]

      The Court has reviewed Defendants' request for leave to file for reconsideration and finds that reconsideration meets the requirements of Local Rule 7-9. ECF 83. Thus, the Court GRANTS Defendants' request for leave to file for reconsideration and DEEMS the included Motion for Reconsideration to be Defendants' motion. *See* ECF 83-1.

      Plaintiff SHALL file a response, which shall not exceed five (5) double-spaced pages, to Defendants' motion for reconsideration on or before November 7, 2024.

      **IT IS SO ORDERED.**

Dated:  October 28, 2024

_____
BETH LABSON FREEMAN
United States District Judge