1  Joseph P. Guglielmo (*pro hac vice*)
   Amanda M. Rolon (*pro hac vice*)
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   The Helmsley Building
3  230 Park Avenue, 24th Floor
   New York, NY 10169
4  Telephone: 212-223-6444
5  jguglielmo@scott-scott.com
   arolon@scott-scott.com
6
7  *Attorneys for Plaintiff and the Putative Class*
8  [Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUDY MAY, individually, and on behalf of all others similarly situated, | Case No. 5:24-cv-01314-BLF |
| Plaintiff, | |
| v. | **Hon. Beth Labson Freeman** |
| GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., and DOES 1 through 10, Inclusive, | |
| Defendants. | |

**SUGGESTION OF DEATH**

Undersigned counsel for Plaintiff Judy May hereby provides notice and suggests upon the record of the death of Plaintiff Judy May in the above-captioned action. Counsel for Plaintiff intends to file a motion for substitution as soon as practicable and within the timeframe contemplated by Fed. R. Civ. P. 25(a)(1).

1  Dated: January 17, 2025

3  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   */s/ Joseph P. Guglielmo*
4  Joseph P. Guglielmo (*pro hac vice*)
   Amanda M. Rolon (*pro hac vice*)
5  The Helmsley Building
   230 Park Ave., 24th Floor
6  New York, New York 10169
   Telephone: 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
7  jguglielmo@scott-scott.com
   arolon@scott-scott.com
8
9  Hal D. Cunningham (CA Bar No. 243048)
   600 W. Broadway, Suite 3300
10 San Diego, CA 92101
   Telephone: 619-233-4565
11 hcunningham@scott-scott.com

13 **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
   */s/ Nyran Rose Rasche*
14 Nyran Rose Rasche (*pro hac vice*)
   Nickolas J. Hagman (*pro hac vice* forthcoming)
15 135 South LaSalle Street, Suite 3210
   Chicago, IL 60603
16 Telephone: 312-782-4880
   nrasche@caffertyclobes.com
17 nhagman@caffertyclobes.com

19 **KIRBY MCINERNEY LLP**
   */s/ Anthony F. Fata*
20 Anthony F. Fata (*pro hac vice*)
   Sarah E. Flohr (*pro hac vice*)
21 211 West Wacker Drive, Suite 550
   Chicago, IL 60606
22 Telephone: 312-767-5180
   afata@kmllp.com
23 sflohr@kmllp.com

   *Attorneys for Plaintiff and the Putative Class*

**ATTESTATION (L.R. 5-1(i)(3))**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2025

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo (*pro hac vice*)