Anthony F. Fata (*pro hac vice*)
Sarah E. Flohr (*pro hac vice*)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: 312-767-5180
afata@kmllp.com
sflohr@kmllp.com

*Attorneys for Plaintiffs and the Putative Class*
[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DENVER MAY, as Successor in Interest of Judy May, MAUREEN KENNEDY, and JOAN EHLY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., and DOES 1 Through 10, Inclusive,<br><br>Defendants. | Case No. 5:24-cv-01314-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STRIKE ADR DEADLINES**<br><br>JUDGE: HON. BETH LABSON FREEMAN |

**STIPULATION**

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Counsel for Plaintiffs Denver May, as Successor in Interest of Judy May, Maureen Kennedy, and Joan Ehly, ("Plaintiffs"), and Defendants Google LLC, Google Arizona LLC, and Google Payment Corp. ("Google") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1

1   WHEREAS, on August 14, 2024, the Court granted the Parties' Joint Stipulation Regarding ADR, referring the case to Magistrate Judge Westmore for purposes of ADR (ECF No. 70);

WHEREAS, on January 17, 2025, counsel for Plaintiff Judy May filed a Suggestion of Death upon the record and stated their intent to file a motion for substitution (ECF No. 96);

WHEREAS, on January 28, 2025, the Court granted the Parties' Joint Stipulation to Modify the Case Schedule, as modified by the Court, setting a deadline to contact Magistrate Judge Kandis Westmore to re-schedule ADR of 15 days following the resolution of any motion for substitution and the filing of an operative complaint, whichever is later, and a deadline to complete ADR of the Court's earliest availability for a settlement conference following the later of those dates (ECF No. 100);

WHEREAS, on June 23, 2025, the Court entered an Order granting in part and denying in part the subsequent motion for substitution and intervention (ECF No. 113);

WHEREAS, on July 17, 2025, Plaintiffs filed their Second Amended Class Action Complaint (ECF No. 114);

WHEREAS, the Parties have met and conferred and scheduled a private mediation session with Shirish Gupta, a JAMS affiliated mediator, on October 6, 2025;

WHEREAS, the Parties do not currently request an extension of any of the remaining dates set by the Court (ECF 95 and ECF No. 100), including the briefing schedule for Google's anticipated motion to dismiss and the trial date;

It is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, that:

1) the Parties shall participate in private mediation with Shirish Gupta on October 6, 2025;
2) the current deadlines concerning the scheduling of ADR with Magistrate Judge Westmore shall be stricken; and
3) within 7 days of the mediation the Parties shall provide a joint status report to the Court.

| | | |
|---|---|---|
| 1 | DATED: July 31, 2025 | By: /s/ *Anthony F. Fata* |
| 2 | | Anthony F. Fata (*pro hac vice*) |
| | | Sarah E. Flohr (*pro hac vice)* |
| 3 | | Cormac Broeg (*pro hac vice* forthcoming) |
| | | **KIRBY McINERNEY LLP** |
| 4 | | 211 West Wacker Drive, Suite 550 |
| | | Chicago, IL 60606 |
| 5 | | Telephone: 312-767-5180 |
| | | afata@kmllp.com |
| 6 | | sflohr@kmllp.com |
| | | cbroeg@kmllp.com |
| 7 | | |
| 8 | | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| | | Joseph P. Guglielmo (*pro hac vice*) |
| 9 | | Amanda M. Rolon (*pro hac vice*) |
| | | The Helmsley Building |
| 10 | | 230 Park Ave., 24th Floor |
| | | New York, NY 10169 |
| 11 | | Telephone: (212) 223-6444 |
| | | jguglielmo@scott-scott.com |
| 12 | | arolon@scott-scott.com |
| 13 | | |
| | | **CAFFERTY CLOBES MERIWETHER** |
| 14 | | **& SPRENGEL LLP** |
| | | Nyran Rose Rasche (*pro hac vice*) |
| 15 | | Nickolas J. Hagman (*pro hac vice* forthcoming) |
| 16 | | 135 South LaSalle Street, Suite 3210 |
| | | Chicago, IL 60603 |
| 17 | | Telephone: 312-782-4880 |
| | | nrasche@caffertyclobes.com |
| 18 | | nhagman@caffertyclobes.com |
| 19 | | |
| | | *Attorneys for Plaintiff and the Putative Class* |
| 20 | | |
| 21 | DATED:  July 31, 2025 | By: /s/ *Joshua H. Lerner* |
| | | Joshua H. Lerner (Bar No. 220755) |
| 22 | | joshua.lerner@wilmerhale.com |
| | | **WILMER CUTLER PICKERING HALE** |
| 23 | | **AND DORR LLP** |
| | | One Front Street, Ste. 3500 |
| 24 | | San Francisco, CA 94111 |
| | | Telephone: (628) 253-1000 |
| 25 | | Facsimile: (628) 235-1001 |
| 26 | | |
| | | Karin Dryhurst (*pro hac vice*) |
| 27 | | karin.dryhurst@wilmerhale.com |
| 28 | | |

Robin C. Burrell (*pro hac vice*)
robin.burrell@wilmerhale.com
Donna Farag (*pro hac vice*)
donna.farag@wilmerhale.com
2100 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark L. Hanin (*pro hac vice*)
mark.hanin@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (202) 230-8888

Amanda Baird (*pro hac vice*)
amanda.baird@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendants*

**ATTESTATION (L.R. 5-1(i)(3))**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 31, 2025

/s/ *Anthony F. Fata*
Anthony F. Fata

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 31, 2025      By: /s/ Beth Labson Freeman

BETH LABSON FREEMAN

United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER TO STRIKE ADR DEADLINES
Case No. 5:24-cv-01314-BLF