1  Anthony F. Fata (*pro hac vice*)
   Sarah E. Flohr (*pro hac vice*)
2  Cormac Broeg (*pro hac vice* forthcoming)
   **KIRBY McINERNEY LLP**
3  211 West Wacker Drive, Suite 550
   Chicago, IL 60606
4  Telephone: 312-767-5180
5  afata@kmllp.com
   sflohr@kmllp.com
6  cbroeg@kmmllp.com

7  *Attorneys for Plaintiffs and the Putative Class*
8  [Additional counsel on signature page.]

9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN JOSE DIVISION**

13  DENVER MAY, as Successor in Interest of Judy
    May, MAUREEN KENNEDY, and JOAN EHLY,       Case No. 5:24-cv-01314-BLF
14  on Behalf of Themselves and All Others Similarly
    Situated,                                   **JOINT STIPULATION AND**
15                                              **[PROPOSED] ORDER TO MODIFY**
                    Plaintiffs,                 **CASE SCHEDULE AS MODIFIED**
16                                              **BY THE COURT**
17          v.
                                                HON. BETH LABSON FREEMAN
18  GOOGLE LLC, GOOGLE ARIZONA LLC,
    GOOGLE PAYMENT CORP., and DOES 1
19  Through 10, Inclusive,

20                  Defendants.

21

22                              **STIPULATION**

23      Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiffs Denver May, as Successor in

24  Interest of Judy May, Maureen Kennedy, and Joan Ehly ("Plaintiffs"), and Defendants Google

25  LLC, Google Arizona LLC, and Google Payment Corp. ("Google") (together, the "Parties"), by

26  and through their respective counsel of record, hereby stipulate as follows:

27

28                                      1

WHEREAS, the original named Plaintiff in this action, Judy May, unexpectedly passed away on January 14, 2025, shortly after filing her First Amended Complaint ("FAC") (ECF No. 93) and prior to the February 3, 2025 deadline for Google's anticipated motion to dismiss the FAC (ECF No. 92);

WHEREAS, Counsel for Judy May notified Counsel for Google of Plaintiff's death the next day, January 15, 2025, and filed a formal suggestion of death on January 17, 2025 (ECF No. 96), making any motion for substitution due 90 days later on April 17, 2025;

WHEREAS, the Court thereafter granted the Parties' stipulated request to extend the deadline for Google's anticipated motion to dismiss to "45 days following the resolution of any motion for substitution and the filing of an operative complaint, whichever is later" (ECF No. 100);

WHEREAS, following Judy May's death, Maureen Kennedy and Joan Ehly contacted Ms. May's counsel and, in light of potential issues arising from prosecuting claims on behalf of Ms. May and the class with her husband as the only named Plaintiff, Ms. May's counsel agreed to investigate Ms. Kennedy's and Ms. Ehly's claims and include them in a motion for substitution and intervention;

WHEREAS, Plaintiffs' motion for substitution, intervention and leave to amend (ECF No. 104)—which was accompanied by a proposed Second Amended Complaint ("SAC") (ECF No. 104-1)—was filed on March 25, 2025;

WHEREAS, Google opposed the motion for substitution and intervention on April 17, 2025 (ECF No. 108), Plaintiffs filed a reply on April 29, 2025 (ECF No. 110), and the Court ruled on the motion on June 23, 2025 (ECF No. 113);

WHEREAS, Plaintiffs filed the SAC on July 17, 2025 (ECF No. 114), making the deadline for Google to file a motion to dismiss the SAC due on September 2, 2025;

WHEREAS, the Parties have actively engaged in discovery during the seven-month period spent addressing substitution, intervention, and amendment of the complaint, and continue to work through a number of potential disputes;

WHEREAS, the Parties have a full-day in-person mediation scheduled with Shirish Gupta on October 6, 2025;

WHEREAS, the Parties are in the process of preparing for mediation, briefing the motion to dismiss the SAC, and continuing to engage in discovery, and jointly agree that an extension of six to seven months of the remaining case deadlines is warranted in light of the current status of the pleadings and the discovery process;

IT IS HEREBY STIPULATED by and between the Parties that, subject to the approval of the Court, the following dates and deadlines shall govern the Action:

| Event | Previous Deadline (ECF Nos. 95 and 100) | New Deadline |
| --- | --- | --- |
| Google's Deadline to File Motion to Dismiss | 9/2/25 | 9/2/25 |
| Plaintiff's Deadline to File Opposition to Google's Motion to Dismiss | 10/17/25 | 10/17/25 |
| Google's Deadline to File Reply in Support of Motion to Dismiss | 11/7/25 | 11/7/25 |
| Hearing on Google's Motion to Dismiss | 12/12/25 | 12/12/25 |
| File Motion for Class Certification | 2/5/26 | 8/5/26 |
| Fact Discovery Cutoff | 6/29/26 | 1/28/27 |
| Disclose Merits Expert Reports (Opening) | 8/19/26 | 3/18/27 |
| Disclose Merits Expert Reports (Rebuttal) | 9/9/26 | 4/08/27 |
| Expert Discovery Closed | 9/28/26 | 4/27/27 |
| Last Day to Hear Dispositive Motions | 12/17/26 | 7/15/27 |

| | | |
|---|---|---|
| Final Pretrial Conference | 3/4/27 | 10/1/27 |
| Trial | 4/5/27 | 11/1/27 |

DATED: September 2, 2025

By: */s/ Sarah E. Flohr*
Sarah E. Flohr (*pro hac vice*)
Anthony F. Fata (*pro hac vice*)
Cormac Broeg (*pro hac vice* forthcoming)
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: 312-767-5180
sflohr@kmllp.com
afata@kmllp.com
cbroeg@kmllp.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
arolon@scott-scott.com

**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
Nyran Rose Rasche (*pro hac vice*)
Nickolas J. Hagman (*pro hac vice* forthcoming)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
nrasche@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorneys for Plaintiffs and the Putative Class*

4

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE
Case No. 5:24-cv-01314-BLF

| | |
|---|---|
| DATED:  September 2, 2025 | By: */s/ Joshua H. Lerner* <br> Joshua H. Lerner (Bar No. 220755) <br> joshua.lerner@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 50 California Street, Ste. 3600 <br> San Francisco, CA 94111 <br> Telephone: (628) 235-1000 <br> Facsimile: (628) 235-1001 <br><br> Karin Dryhurst (*pro hac vice*) <br> karin.dryhurst@wilmerhale.com <br> Robin C. Burrell (*pro hac vice*) <br> robin.burrell@wilmerhale.com <br><br> 2100 Pennsylvania Ave, N.W. <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 <br><br> Mark L. Hanin (*pro hac vice*) <br> mark.hanin@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> Telephone: (212) 230-8800 <br> Facsimile: (212) 230-8888 <br><br> Amanda Baird (*pro hac vice*) <br> amanda.baird@wilmerhale.com <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> *Attorneys for Defendants* |

**ATTESTATION (L.R. 5-1(i)(3))**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 2, 2025

/s/ Sarah E. Flohr
Sarah E. Flohr

The Court modifies the date for the Final Pretrial Conference to September 30, 2027, at 1:30 p.m.  All other dates are approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 18, 2025    By: /s/ Beth Labson Freeman

BETH LABSON FREEMAN

United States District Judge

| | |
|---|---|
| **KIRBY McINERNEY LLP** <br> Anthony F. Fata (*pro hac vice*) <br> Sarah E. Flohr (*pro hac vice*) <br> Cormac Broeg (*pro hac vice* forthcoming) <br> 211 West Wacker Drive, Suite 550 <br> Chicago, IL 60606 <br> Telephone: 312-767-5180 <br> afata@kmllp.com <br> sflohr@kmllp.com <br> cbroeg@kmllp.com | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** <br> Joseph P. Guglielmo (*pro hac vice*) <br> Amanda M. Rolon (*pro hac vice*) <br> The Helmsley Building <br> 230 Park Ave., 24th Floor <br> New York, NY 10169 <br> Telephone: 212-223-6444 <br> jguglielmo@scott-scott.com <br> arolon@scott-scott.com |
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** <br> Nyran Rose Rasche (*pro hac vice*) <br> Nickolas J. Hagman (*pro hac vice* forthcoming) <br> 135 South LaSalle Street, Suite 3210 <br> Chicago, IL 60603 <br> Telephone: 312-782-4880 <br> nrasche@caffertyclobes.com <br> nhagman@caffertyclobes.com | Hal D. Cunningham (CA Bar No. 243048) <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone: 619-233-4565 <br> hcunningham@scott-scott.com |

*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENVER MAY, as Successor in Interest of Judy May, MAUREEN KENNEDY, and JOAN EHLY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, GOOGLE ARIZONA LLC, GOOGLE PAYMENT CORP., and DOES 1 Through 10, inclusive. <br><br> Defendants. | Case No. 5:24-cv-01314-BLF <br><br> **DECLARATION OF SARAH E. FLOHR IN SUPPORT OF JOINT STIPULATION TO MODIFY CASE SCHEDULE** <br><br> HON. BETH LABSON FREEMAN |

I, Sarah E. Flohr, declare and state pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Kirby McInerney LLP and am counsel of record for Plaintiffs admitted *pro hac vice* in this Action. I submit this Declaration in Support of the Joint Stipulation to Modify the Case Schedule.

2. This Declaration is based on my personal knowledge. If called as a witness, I could and would competently testify to the truth of each statement herein.

3. Counsel for Plaintiffs and Defendants have met and conferred and jointly seek enlargements of time extending case deadlines after the December 12, 2025 hearing on Google's pending motion to dismiss by six to seven months, which will allow the parties necessary time to complete discovery and prepare for class certification, dispositive briefing, and trial.

4. The Parties previously filed the following: a joint stipulation to modify the briefing schedule for Google's motion to dismiss Plaintiff's initial Class Action Complaint (ECF No. 26), which the Court granted on March 26, 2024 (ECF No. 27); a joint stipulation to set the briefing schedule for Google's motion to dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 91), which the Court granted on December 17, 2024 (ECF No. 92); a joint stipulation to modify the case schedule (ECF No. 94), which the Court granted on January 15, 2025 (ECF No. 95); a joint stipulation to modify the briefing schedule for Google's anticipated motion to dismiss and ADR deadlines in light of the suggestion of death of Judy May (ECF No. 99), which the Court granted on January 28, 2025 (ECF No. 100); a joint stipulation to modify the briefing schedule for Plaintiffs' motion for substitution, intervention, and leave to amend (ECF No. 105), which the Court granted on March 31, 2025 (ECF No. 106); and a joint stipulation to strike ADR deadlines in light of the October 6, 2025 mediation date (ECF No. 115), which the Court granted on July 31, 2025 (ECF No. 116).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on September 2, 2025, in New York, NY.

*/s/ Sarah E. Flohr*
Sarah E. Flohr