UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MAY, et al., | Case No. 24-cv-01314-BLF  (SVK) |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTE AT DKT. 146** |
| GOOGLE LLC, et al., | Re: Dkt. No. 146 |
| Defendants. | |

Before the Court is the Parties' Joint Submission regarding Plaintiff's 30(b)(6) topics directed to Google.  Dkt. 146.  The Parties dispute the relevant time-period and the scope of Topics 1, 2 and 13 in light of the Honorable Beth Labson Freeman's recent Order re Defendant's Motion to Dismiss ("MTD Order").  Dkt. 141.  This Court has reviewed Dkt. 141, the Joint Submission and the relevant law and determines that this matter may be resolved without oral argument.  Civ. L.R. 7-1(b).

This suit presents a putative class action in which Plaintiffs allege liability against Google after they fell prey to scammers fleecing them out of the value of their Google Play gift cards.  As established by the MTD Order, Plaintiff's remaining claim against Google sounds in strict liability for conversion.  Dkt. 141 at 29.  The claim is supported by the allegations that at the point in time when Plaintiffs "contacted Google and Google declined to issue refunds, Google allegedly prevented Plaintiffs from possessing their property." *Id*.  Relevant to the dispute at hand, Judge Freeman further held that, "Plaintiffs have not plausibly alleged that Google had knowledge that the funds were the products of scams . . . [T]he existence of Google's scam-detection algorithm was not sufficient to put Google on notice that the funds were the products of scams . . . ." *Id*.

////

United States District Court
Northern District of California

With the MTD findings in hand, as well as Federal Rule of Civil Procedure 26(b)(1)'s parameters of relevance and proportionality, the Court's rulings are set forth in Attachment A.

**SO ORDERED.**

Dated: April 30, 2026

_____

SUSAN VAN KEULEN
United States Magistrate Judge